IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00236-RM-MJW

HEATHER KREUTZER,

Plaintiff,

v.

THE HOME DEPOT, INC.,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      This matter is before the Court on Plaintiff's Motion for Leave to File Amended Complaint (Docket No. 7).  Pursuant to Fed. R. Civ. P. 15(a)(1), Plaintiff may amend her Complaint once as a matter of course.  As a result, the motion (Docket No. 7) is **DENIED as moot**.

      Accordingly, it is further **ORDERED** that the Amended Complaint (Docket No. 7-1) shall be accepted by the Clerk of the Court as of the date of this Minute Order.

Date: February 11, 2016